No. 83–1562. BURG *v.* MUNICIPAL COURT FOR THE SANTA CLARA JUDICIAL DISTRICT OF SANTA CLARA COUNTY ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 83–6417. HALL *v.* TAYLOR. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. 